United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 23-43220-nhl
One Three Seven 24 Holdings LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Sep 13, 2023     Form ID: pdf002     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | One Three Seven 24 Holdings LLC, 28A Cedar Street, Brooklyn, NY 11221-2602 |
| 10237576 | + | Bronster, LLP, 156 West 56th Street, Suite 703, New York, New YorkY 10019-4014 |
| 10237572 | + | Dept of Finance NYC, One Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 10237573 | + | NYC DEP, 59-17 Junction Blvd, Queens, NY 11373-5108 |
| 10237575 | + | William Driscoll, Esq, 11835 Queens Blvd, Suite 940, Forest Hills, NY 11375-7252 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2023 18:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Sep 13 2023 18:16:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 13 2023 18:17:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Sep 13 2023 18:16:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 13 2023 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Sep 13 2023 18:16:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10237574 | + | Email/Text: anthony.mancuso@bnymellon.com | Sep 13 2023 18:16:00 | The Bank of New York Mellon, 225 Liberty Street, New York, NY 10286-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10237571 | | NYCTL 2019-A TRUST |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------  x
In re:                                                     :
                                                           :   Case No. 23-43220-nhl
One Three Seven 24 Holdings LLC,                           :
                                                           :   Chapter 11
       Debtor(s).                                       :
---------------------------------------------------------  x

**NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS**

**PLEASE TAKE NOTICE** that initial section 341 meeting of creditors for the above-captioned chapter 11 case (the "Bankruptcy Case") will be conducted by telephone conference on **October 13, 2023, at 11:30 a.m.** (the "Designated Meeting Time").

Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for the debtor's counsel and/or the debtor:

**Dial-in Information**

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the Designated Meeting Time by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**    866-819-1498

- **Participant Code:**    4769770

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors or Debtors' Representatives and Counsel:**

No later than one (1) business day prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at rachel.wolf@usdoj.gov : (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification documents (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

        The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: September 12, 2023        WILLIAM K. HARRINGTON
      New York, New York        UNITED STATES TRUSTEE, REGION 2

                              By: /s/ Rachel Wolf
                                  Rachel Wolf, Esq.
                                  Trial Attorney
                                  Alexander Hamilton Custom House
                                  One Bowling Green, Room 510
                                  New York, NY 10004-1408
                                  Tel. No. (202) 834-3003
                                  Fax: (212) 668-2255